IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Major, Pamela A | Case Number:  07 B 12394 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/1/08 | Filed:  7/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 19, 2008
Confirmed: October 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 794.47 | |
| Secured: | | 751.56 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 42.91 |
| Other Funds: | | 0.00 |
| Totals: | 794.47 | 794.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 10,357.27 | 248.47 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 1,206.72 | 503.09 |
| 6. | AMC Mortgage Services Inc | Secured | 9,110.96 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 458.38 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 9. | Americas Financial Choice Inc | Unsecured | 418.35 | 0.00 |
| 10. | Saint Xavier University | Unsecured | 2,985.71 | 0.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 0.69 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 2,155.71 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 42.96 | 0.00 |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Check N Go | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | Neighborhood Housing/Lending Services | Unsecured | | No Claim Filed |
| 23. | Presidio/CM | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Sears / Citibank SD | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Major, Pamela A | Case Number: 07 B 12394 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/1/08 | Filed: 7/11/07 |

| | | | | |
|---|---|---|---|---|
| 26. | SBC | Unsecured | | No Claim Filed |
| 27. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 28. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,359.75 | $ 751.56 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 42.91 |
| | _____ |
| | $ 42.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

